**FILED**

SEP 15 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

Holland J Randolph
899 Oxford Way
Benicia, CA 94510
(707) 332-4339

IN THE UNITED COURT FOR
THE EASTERN DISTRICT OF California

Holland J Randolph
    Plaintiff

2:06-CV-2065 GEB KJM PS

vs

SOLANO SHERIFF DEPT
    ET, AL

COMPLAINT

While in custody after being arrested on 9-16-05 by Benicia Police Dept, I was a subject of misconduct by the watch commander, verbal harassment.

I was later transferred to Solano County Jail, where I was later threatened many times during the evening by an officer.

9-15-06   Holland J Randolph